# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| BRYAN NATHAN JAMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 4:15-CV-204 (CDL) |
| ) | |
| CSX TRANSPORTATION, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT CSX TRANSPORTATION, INC.'S NOTICE OF APPEAL

Notice is hereby given that Defendant CSX Transportation, Inc. ("CSXT") appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment entered February 21, 2017 on the jury's verdict (Doc. #77), the Order entered February 21, 2017 denying CSXT's Renewed Motion for Judgment as a Matter of Law or, Alternatively, Motion for a New Trial (Doc. #78), the Court's September 8 and 9, 2016 denial of CSXT's motions for judgment as a matter of law made at trial (Doc. ##66-67), the Order entered on July 22, 2016 denying CSXT's Motion for Summary Judgment (Doc. #25, Case No. 4:15-cv-200 (CDL)), and the Order entered on June 1, 2016 denying CSXT's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. #17).

Respectfully submitted this 8th day of March, 2017.

          BAKER HOSTETLER

          By:  S/Joseph C. Devine
               Joseph C. Devine
               Ohio Bar No.:  0065428
               Lindsey D'Andrea
               Ohio Bar No.:  0085262

Capitol Square
65 East State Street, Suite 2100
Columbus, Ohio  43215-4260
614-462-2682
jdevine@bakerlaw.com

ldandrea@bakerlaw.com

        PAGE, SCRANTOM, SPROUSE,
        TUCKER & FORD, P.C.

        By: S/ David A. Siegel
          David A. Siegel
          Ga. Bar No.: 645808
          William L. Tucker
          Ga. Bar No.: 718050

1111 Bay Avenue, Third Floor
P. O. Box 1199
Columbus, Georgia 31902       Attorneys for Defendant
(706) 324-0251
das@psstf.com
wlt@psstf.com

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| BRYAN NATHAN JAMES | * | CIVIL ACTION FILE NUMBER |
| Plaintiff, | * | 4:15-cv-204 (CDL) |
| vs. | * | |
| CSX TRANSPORTATION, INC., | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above via CM/ECF filing system to the parties listed below:

Jefferson C. Callier, Esq.  
The Callier Firm  
1430 Wynnton Road  
Columbus, Georgia  31906  
706-323-7711

Dustin T. Brown, Esq.  
Daughtery, Crawford & Brown, LLP  
1430 Wynnton Road  
Columbus, Georgia  31906

Hardy Gregory, Jr., Esq.  
Carley, Gregory & Gregory  
602 E. 16th Avenue, Suite D  
Cordele, Georgia  31015

George Carley, Esq.  
235 Glendale Avenue  
Decatur, Georgia  30030

This 8th day of March, 2017.

BAKER HOSTETLER

By:  S/Lindsey D'Andrea  
　　　Joseph C. Devine  
　　　　Ohio Bar No.:  0065428  
　　　Lindsey D'Andrea  
　　　　Ohio Bar No.:  0085262

Capitol Square  
65 East State Street, Suite 2100  
Columbus, Ohio  43215-4260  
614-462-2682  
Fax:  614-462-2616  
jdevine@bakerlaw.com  
ldandrea@bakerlaw.com

3